UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

      -v.-                             :

MANUEL GARCIA,                        :    S3 05 Cr. 708 (AKH)
    a/k/a "Manolo,"
                                :

        Defendant.
                                :
- - - - - - - - - - - - - - - - - x

HELLERSTEIN, D.J.

    WHEREAS, the parties have advised the Court that they have reached an agreement regarding the conditions for the defendant's release; and

    WHEREAS, this Court has considered the parties' agreed-upon terms and found them to be reasonable,

    IT IS HEREBY ORDERED that the defendant is to be released upon the satisfaction of the following conditions: (1) the defendant's execution of a $200,000 personal recognizance bond, to be co-signed by three persons; (2) the defendant's travel is to be restricted to the Southern and Eastern Districts of New York; (3) the defendant is to surrender all travel documents, and make no new applications for travel documents; (4) the defendant is to be subject to strict Pretrial Services supervision; and (5) $15,000 in cash security.

    Dated:  New York, New York
             May 17, 2007

Returned to chambers for scanning on 5-28-07
Scanned by chambers on _____.

                      UNITED STATES DISTRICT JUDGE