RECEIVED MAR 19 2008 ALVIN

**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

U.S.A. vs. Manuel Garcia     Docket #05-CR-708-AKH-09

Petition for Action on Conditions of Pretrial Release

COMES NOW LUIS PIEDRA, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Manuel Garcia** who was placed under Pretrial Services supervision by Your Honor sitting in the Court at SDNY-500 PEARL ST. on 5/17/07 under the following conditions:

$200,000 personal recognizance bond secured by $15,000 cash and cosigned by 3 financially responsible persons, travel limited to SDNY/EDNY, surrender of travel documents and no new applications; Strict pretrial supervision.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has been on strict Pretrial Supervision since his release in May of 2007, reporting in person bi-weekly and via telephone contact weekly. The defendant has been compliant with his release conditions as well as with the instructions of this officer. Pretrial Services feels that regular supervision will adequately address any risks initially identified and therefore requests a downgrade in the defendant's level of supervision. Assistant U.S. Attorney Guruanjan Sahni and defense counsel Mark Cohen have been informed and both consent to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER THAT THE CONDITION OF STRICT SUPERVISION BE REDUCED TO ROUTINE SUPERVISION (ALL OTHER BAIL CONDITIONS TO REMAIN IN EFFECT).**

ORDER OF COURT

Considered and ordered this 19 day of March, 2008 and ordered filed and made a part of the records in the above case.

Alvin K. Hellerstein, U.S. District Judge

Respectfully,

Luis Piedra
U.S. Pretrial Services Officer

Date: March 17, 2008